UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAMON TREVINO HERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　　Respondent. | Case No. C10-5903RJB/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The petitioner in this action is seeking a habeas corpus relief pursuant to 28 U.S.C. 2254 from a state court guilty plea. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed in forma pauperis (ECF No. 2) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 14th day of December 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1