# United States District Court

WESTERN DISTRICT OF WASHINGTON

RAMON TREVINO HERNANDEZ,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO. C10-5903RJB/JRC

MAGGIE MILLER-STOUT,

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)   The Court **ADOPTS** the Report and Recommendation (Dkt. 17);

(2)   The petition is **DISMISSED AS TIME BARRED**; and

(3)   In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all claims asserted by petitioner in his habeas petition.

| April 26, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk